# EXHIBIT A

# United States of America

## United States Patent and Trademark Office

# FLORIDA VIRTUALSCHOOL

**Reg. No. 3,830,765**

**Registered Aug. 10, 2010**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FLORIDA VIRTUAL SCHOOL (FLORIDA CORPORATION)
2145 METRO CENTER BOULEVARD
ORLANDO, FL 32835

FOR: ESTABLISHING AND DEVELOPING ONLINE AND DISTANCE LEARNING EDUCA-TIONAL PROGRAMS AT THE PRE-KINDERGARTEN, PRIMARY, SECONDARY, COLLEGE LEVELS; ESTABLISHING AND DEVELOPING ONLINE AND DISTANCE LEARNING EDUCATIONAL PROGRAMS AT THE POST-GRADUATE LEVEL FOR EDUCATORS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-2002; IN COMMERCE 0-0-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "VIRTUALSCHOOL", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 77-832,081, FILED 9-22-2009.

ANGELA DUONG, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

**EXHIBIT A**

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:**     77/832081

**MARK:** FLORIDA VIRTUALSCHOOL

# *77832081*

**CORRESPONDENT ADDRESS:**
    HERBERT L. ALLEN
    ALLEN, DYER, DOPPELT,
    MILBRATH & GILCHRI
    255 S ORANGE AVE STE 1401
    ORLANDO, FL 32801-3460

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/main/trademarks.htm

**APPLICANT:**     Florida Virtual School

**CORRESPONDENT'S REFERENCE/DOCKET
NO:**  110491

**CORRESPONDENT E-MAIL ADDRESS:**

## EXAMINER'S AMENDMENT

**ISSUE/MAILING DATE:**

**AMENDMENT:** In accordance with the authorization granted by Bridget Heffernan Labutta on March 30, 2010, the application has been AMENDED as indicated below. Please advise the undersigned examining attorney immediately if there is an objection to the amendment. Otherwise, no response is necessary. TMEP §707.

If the identification of goods and/or services has been amended, please note that any future amendments must be in accordance with 37 C.F.R. §2.71(a) and TMEP §1402.07(e).

**Addition of Disclaimer**

The following disclaimer statement is added to the record:

    No claim is made to the exclusive right to use "VIRTUALSCHOOL" apart from the mark as shown.

*See* 15 U.S.C. §1056(a); TMEP §§1213, 1213.08(a)(i).

/Angela G. Duong/

**EXHIBIT A**

# EXHIBIT B

# United States of America

## United States Patent and Trademark Office

# FLVS

**Reg. No. 3,873,393**

**Registered Nov. 9, 2010**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FLORIDA VIRTUAL SCHOOL (FLORIDA EDUCATIONAL INSTITUTION)
2145 METRO CENTER BLVD.
SUITE 200
ORLANDO, FL 32835

FOR: EDUCATIONAL SERVICES, NAMELY, PROVIDING COURSES OF INSTRUCTION AT THE PRE-KINDERGARTEN, PRIMARY, SECONDARY, COLLEGE LEVELS, AND AT THE POST-GRADUATE LEVEL FOR EDUCATORS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-2002; IN COMMERCE 0-0-2002.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-004,457, FILED 4-1-2010.

KEVON CHISOLM, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**EXHIBIT B**

# EXHIBIT C



**EXHIBIT C**

# EXHIBIT D



## Florida VirtualSchool

any time, any place, any path, any pace ™

Select Language ▽

**Students**

About Us     Course Information     Activities & Resources     Mobile Learning     e-Learning Solutions

1   2   3   4

>> Click here to read more.

**"Mom's: Then and Now"**- WTXL ABC 27 Tallahassee (05/06/11 )

**"Q&A: "Courtney Calfee on Conspiracy Code""**- edReformer (04/20/11 )

**"Nation's top public virtual leader endorses private competition"**- redefinED (04/08/11 )

**"The Florida Chapter of the National Coalition for Public School Options Hosts Press Conference in Support of SB 1620 by Senator Anitere Flores"**- National Coalition for Public School Options (04/07/11 )

**"Online courses should be part of the education mix"**- The Oklahoman (04/07/11 )

Find us on **Facebook**   

**FLVS Login**

**Please click here to login,**

Login

**then enter username and password when prompted.**

(Students, parents, guardians, counselors, administrators)

       

5/18/2011     http://www.flvs.net/Pages/default.aspx

**EXHIBIT D**



# EXHIBIT E



Home    Who We Are    How it Works    Our Curriculum    Community and Events    FAQs    How to Enroll         Contact Us   Customer Support

## Call 866.339.8784
to speak to a K[12] education consultant.

**Or request a callback >**

Tell us where a consultant can reach you in the next few minutes

**Enroll Now! >**

**Request More Information >**

**Attend an Event >**

**Try A Sample Lesson >**

### K[12] Program Guide



The K[12] Program Guide gives you a concise but thorough view of the program and curriculum. **Order your free copy today.**

### Superintendents -- Partner with K[12]

Interested in partnering with K[12] to start a virtual program for your district? Visit us **here.**

### ✉ Contact Us

 Read what others say on Facebook!

 Follow K[12] on Twitter!

 Check out the K[12] blog!

## Pre-register for the 2011-2012 school year.
**Find out how today!**

## What's in Them?

You know that your kids have something special inside them. We know it too. The Florida Virtual Program (FLVP) and K[12] ignite the minds of children like yours to bring learning and innate possibility alive. Together, we are helping Florida students in grades K-12 reach their true, personal potential.

### Why FLVP?

The Florida Virtual Program (a consortium of K[12]-managed virtual district programs that use the K[12] curriculum) and K[12] give Florida kids in grades K-12 the chance to learn in the ways that are right for them. FLVP offers:

- The award-winning K[12] curriculum
- Full-time, tuition-free online public school option
- Support from state-certified teachers
- An active, supportive school community
- A range of extracurricular activities
- A robust Advanced Learner Program
- A program with which Florida students consistently scored higher than the state average in most grades and subjects tested

### FLVP News

- **Pre-registration for the 2011-2012 school year is now available.**
  Find out how to make a change today.
- **K[12]'s Florida Virtual Program Makes the Grade**
  For the fourth consecutive year, K[12]'s Florida Virtual Program earned an "A" on

### Upcoming Events

**FLVP Discovery Days**

Join us for an afternoon of fun and discovery, and an opportunity to learn more about FLVP. These events are your chance to get the information you need to make an informed decision for the fall. You'll have the chance to view our curriculum, ask questions, visit with enrolled families, and enjoy all that the events have to offer.

For all events: Children will have the opportunity to participate in a variety of activities such as bowling, skating, mini golf, carnival games and much more. Activities vary by location. All children in attendance will be admitted free of charge.

**K[12] Coffee Chats**

Join us the first Tuesday of every month for a K[12] Coffee Chat with a representative from the K[12] Florida Team!

**Meet-And-Greet Socials**

Join our school community--including staff and families--for conversation and complimentary beverages or treats in a casual, relaxed setting.

**Online Information Sessions**

During these online sessions, we'll review the K[12] curriculum, show sample lessons, and answer any questions you may have.

**EXHIBIT E**