IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FLORIDA VIRTUALSCHOOL,
a Florida Educational Institution,

    Plaintiff,

vs.

Case No. 6:11-cv-00831-GAP-KRS

K12, INC., a Delaware Corporation
K12 Florida, LLC, a Florida Limited
Liability Company, and
Name Administration, Inc.
a Cayman Islands Company,

    Defendants.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT NAME ADMINISTRATION, INC.

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Florida VirtualSchool ("FLVS") submits this Notice of Dismissal with Prejudice of Defendant Name Administration, Inc., with each party to bear its own costs and attorney's fees.

Respectfully submitted this 20th day of July, 2011.

    *s/ Stephen H. Luther*
    Stephen H. Luther, Esquire
    Florida Bar No. 528846
    sluther@addmg.com
    255 South Orange Avenue
    Suite 1401
    Post Office Box 3791
    Orlando, Florida 32802-3791
    Telephone No.:(407) 841-2330
    Facsimile No.:  (407) 841-2343

    **Attorney for Plaintiff**
    **FLORIDA VIRTUALSCHOOL**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court utilizing the CM/ECF system this 20th day of July 2011 and which will electronically transmit an electronic copy to:

| | |
|---|---|
| Stephanie L. Carman | John Berryhill, Ph.D., Esq. |
| stephanie.carman@hoganlovells.com | john@johnberryhill.com |
| Hogan Lovells US LLP | 4 West Front Street |
| Mellon Financial Center – 19th FL | Media, PA 19063 |
| 1111 Brickell Avenue | Telephone: (610) 565-5601 |
| Miami, Florida 33131 | Facsimile:  (267) 386-8115 |
| | |
| **Attorneys for Defendants** | **Attorney for Defendant** |
| **K12, Inc. and K12 Florida, LLC** | **Name Administration, Inc.** |

*s/Stephen H. Luther*
Stephen H. Luther