**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**FLORIDA VIRTUALSCHOOL,**

        **Plaintiff,**

**-vs-**                                      **Case No. 6:11-cv-831-Orl-31KRS**

**K12, INC.; K12 FLORIDA, LLC; and**
**NAME ADMINISTRATION, INC.,**

        **Defendants.**

_____

## ORDER

Upon consideration of the Notice of Dismissal with Prejudice for Defendant, Name Administration, Inc. (Doc. No. 14), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that Plaintiff's claims against Defendant, Name Administration, Inc., only, are dismissed with prejudice, each party to bear its own fees and costs. Any pending motions as to this Defendant are **DENIED** as moot.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on July 21, 2011.

                                                                     GREGORY A. PRESNELL
                                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party