**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**FLORIDA VIRTUALSCHOOL,**              Case No. 6:11-cv-831-Orl-31KRS

      **Plaintiff,**

**vs.**

**K12 INC. and K12 FLORIDA, LLC,**

      **Defendants.**
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Florida VirtualSchool, K12 Inc. and K12 Florida, LLC (collectively "the parties"), through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure hereby notify the Court that the parties have reached a settlement resolving all remaining issues in this case. Accordingly, the parties jointly move this Court for an Order denying all pending motions and dismissing this action, with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted this 9th day of November, 2015.

        *s/ Stephen H. Luther*
        Stephen H. Luther
        Florida Bar No. 528846
        sluther@addmg.com
        Brian R. Gilchrist
        Florida Bar No. 774065
        bgilchrist@addmg.com
        Herbert L. Allen
        Florida Bar No. 114126
        hallen@addmg.com
        Ryan T. Santurri
        Florida Bar No. 0015698
        rsanturri@addmg.com
        **ALLEN, DYER, DOPPELT,**
        **MILBRATH & GILCHRIST, P.A.**
        255 S. Orange Avenue, Suite 1401
        Orlando, Florida 32801
        Telephone: (407) 841-2330
        Facsimile: (407) 841-2343

        **Attorneys for Plaintiff**

| *s/ Stephanie L. Carman* | *s/ Steven P. Hollman* |
|---|---|
| Stephanie L. Carman | Steven P. Hollman (admitted *pro hac vice)* |
| stephanie.carman@hoganlovells.com | steven.hollman@hoganlovells.com |
| **HOGAN LOVELLS US LLP** | Rebecca C. Mandel (admitted *pro hac vice*) |
| 600 Brickell Avenue, Suite 2700 | rebecca.mandel@hoganlovells.com |
| Miami, FL 33131 | James W. Clayton (admitted *pro hac vice*) |
| Telephone: (305) 459-6500 | james.clayton@hoganlovells.com |
| Facsimile: (305) 459-6550 | Lauren B. Cury (admitted *pro hac vice*) |
| | lauren.cury@hoganlovells.com |
| **Counsel for Defendants** | **HOGAN LOVELLS US LLP** |
| **K12, Inc. and K12 Florida, LLC** | 555 13th Street, N.W. |
| | Washington, DC  20004 |
| | Telephone: (202) 637-5600 |
| | Facsimile: (202) 637-5910 |
| | |
| | **Counsel for Defendants** |
| | **K12, Inc. and K12 Florida, LLC** |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 9, 2015, I electronically filed the foregoing using the Case Management/Electronic Case Filing ("CM/ECF") System, which will send a Notice of Electronic Filing to the following CM/ECF participants:

| | |
|---|---|
| Stephanie L. Carman<br>stephanie.carman@hoganlovells.com<br>**HOGAN LOVELLS US LLP**<br>600 Brickell Avenue, Suite 2700<br>Miami, FL 33131<br>Telephone: (305) 459-6500<br>Facsimile:  (305) 459-6550<br><br>**Counsel for Defendants**<br>**K12, Inc. and K12 Florida, LLC** | Steven P. Hollman (admitted *pro hac vice)*<br>steven.hollman@hoganlovells.com<br>Rebecca C. Mandel (admitted *pro hac vice*)<br>rebecca.mandel@hoganlovells.com<br>James W. Clayton (admitted *pro hac vice*)<br>james.clayton@hoganlovells.com<br>Lauren B. Cury (admitted *pro hac vice*)<br>lauren.cury@hoganlovells.com<br>**HOGAN LOVELLS US LLP**<br>555 13th Street, N.W.<br>Washington, DC  20004<br>Telephone: (202) 637-5600<br>Facsimile:  (202) 637-5910<br><br>**Counsel for Defendants**<br>**K12, Inc. and K12 Florida, LLC**<br><br>*s/ Stephen H. Luther* |