UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FLORIDA VIRTUALSCHOOL,**

    **Plaintiff,**

v.                                              Case No:   6:11-cv-831-Orl-KRS

**K12, INC. and K12 FLORIDA, LLC,**

    **Defendants.**

## ORDER
(And Direction to the Clerk of Court)

The parties filed a Joint Stipulation for Dismissal with Prejudice (Doc. No. 129), in which they state that the parties agree to dismissal of the case because they have reached a settlement concerning all outstanding issues. Because the parties agree to the dismissal of Plaintiff's claims, the stipulation is self-executing. Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party will bear its own attorneys' fees and costs. The Clerk of Court is **DIRECTED** to terminate any outstanding motions and, thereafter, to close this case.

**DONE** and **ORDERED** in Orlando, Florida on November 9, 2015.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE